UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ANGEL RUBEN LÓPEZ-FIGUEROA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 07-1284 (JAF)

(Crim. No. 03-293)

**O R D E R**

Petitioner, Angel Rubén López-Figueroa, requests a certificate of appealability from this court to appeal our dismissal on June 10, 2008, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of June 10, 2008, Docket Document No. 8. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 10.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 7th day of July, 2008.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U.S. District Judge